# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL | Case No.: 19-11466 (MFW) |
| Debtor. | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC AND ST. CHRISTOPHER'S HEALTHCARE LLC, | Adv. Proc. No.: 22-50262 (MFW) |
| Plaintiffs, | |
| v. | |
| MEDTRONIC USA, INC. and MEDTRONIC XOMED, INC., | |
| Defendants. | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a)  The following individuals were present:

   (1) Counsel (name and party representing):

   Counsel for Plaintiffs: Michelle G. Novick, Esq.

   Counsel for Defendant: Dennis Meloro, Esq.

(b)  The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):

(c)  The outcome of the mediation conference was:

___X___  The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

_____  The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____  The following issues remain for this court to resolve:

_____  The matter has not been resolved and should proceed to trial.

_____  OTHER:

Dated: <u>January 18, 2023</u>                    Mediator

                                                   */s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Tel. (302) 225-7600
E-mail: cbifferato@tbf.legal