## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (MFW) |
| | (Jointly Administered) |
| Debtors. | |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC AND ST. CHRISTOPHER'S HEALTHCARE, LLC | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 22-50262 (MFW) |
| MEDTRONIC USA, INC. and MEDTRONIC XOMED, INC., | |
| Defendants. | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, Center City Healthcare, LLC d/b/a Hahnemann University Hospital, Philadelphia

Academic Health System, LLC and St. Christopher's Healthcare, LLC (collectively, the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

41494637.2

"**Plaintiffs**"), and Medtronic USA, Inc. and Medtronic Xomed, Inc. (the "**Defendants**"), hereby stipulate to dismiss with prejudice all claims asserted in the above-captioned adversary proceeding, with Plaintiffs and Defendants each bearing their own costs and expenses, respectively.

Dated:  April 24, 2023

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

       -and-

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for the Debtors and Debtors in Possession*

**GREENBERG TRAURIG, LLP**

*/s/ Dennis Meloro*
Dennis Meloro (DE Bar No. 4435)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7395
Email: dennis.meloro@gtlaw.com

*Counsel for Medtronic USA, Inc. and Medtronic XOMED, Inc.*

41494637.2